--- PRESORTED FIRST CLASS ---

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

02 1R          $ 00.26⁵
0006557458     JAN 13 20
MAILED FROM ZIP CODE 78701

1/5/2015
HINOJOSA, EDWARD          Tr. Ct. No. 1042235-A          WR-82,619-

On this day, the application for 11.07 Writ of Habeas Corpus has been receiv
and presented to the Court.

Abel Acosta, Clerk

RTS
discharged

EDWARD HINOJOSA
BETO I UNIT - TDC # 1388352

U TF

1EBN3B